ANAST G. GEORGE, *ET AL.*, PETITIONERS-PETITIONERS, v. GREAT EASTERN FOOD PRODUCTS, INC., RESPONDENT-RESPONDENT.

On petition for certification to Superior Court, Appellate Division.

*Mr. Robert Scherling* and *Mr. Herman M. Wilson* for the petitioners.

*Mr. John W. Taylor* and *Mr. Everitt Rhinehart* for the respondent.

September 14, 1964. ▪▪▪▪▪

HOWELL L. HODGSKIN, PLAINTIFF-PETITIONER, v. DAISY V. SHAPIRO, *ET AL.*, DEFENDANTS-RESPONDENTS.

On petition for certification to Superior Court, Appellate Division.

*Mr. Archie Elkins* for the petitioner.

*Messrs. Budd, Larner & Kent* for the respondents.